UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES SMALLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV319 RWS |
| | ) | |
| MICHAEL GAMACHE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to add parties. The motion will be denied without prejudice because it is not accompanied by a proposed amended complaint that sets out his claims and allegations against these proposed defendants. If plaintiff files an amended motion to join parties, he should also confirm the spelling of their names as the current motion appears to contain typographical errors. Finally, any amended motion should also contain the service addresses for any proposed defendants.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of January, 2011.