UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES SMALLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10CV319 RWS |
| | ) |
| MICHAEL GAMACHE, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's letter to the Court. Local Rule 4.04 prohibits parties from communicating with the Court by letter. Although I will order the Clerk of the Court to docket this letter as a motion for an extension of time, I caution plaintiff that he is expected to comply with the Federal Rules of Civil Procedure and the Local Rules of this Court, and any future letters received from plaintiff will be returned. If plaintiff needs to communicate with the Court about his case, then he must file a written motion, served on opposing counsel, in accordance with federal and local rules. Plaintiff requests an extension of time to complete discovery and meet the deadlines in the case management order. For good cause shown, I will extend all deadlines in the case management order by sixty (60) days.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall docket plaintiff's April 8, 2011 letter as a motion for extension of time, and that motion is granted.

**IT IS FURTHER ORDERED** that all deadlines in the case management order previously entered in this case [#26] are extended by sixty (60) days.

／s／ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of April, 2011.