UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES SMALLEY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10CV319 RWS |
| MICHAEL GAMACHE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to produce documents. This motion is really a request for production for documents under Rule 34 of the Federal Rules of Civil Procedure and should be treated as such by defendants. Because requests for production are not treated as motions, the motion to produce documents will be denied. Plaintiff is reminded to familiarize himself and comply with the Federal and Local Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to produce documents [#29] is denied.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of June, 2011.