UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES SMALLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:10CV319 RWS |
| MICHAEL GAMACHE, et al., | ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to add parties. This is the second time the plaintiff has filed such a motion. The first time the Court denied the motion because it was not accompanied by a proposed amended complaint. Upon reconsideration, however, the Court granted the motion because plaintiff clarified that he was merely attempting to substitute named defendants for two of the John Does listed in his complaint. This time, however, it appears that plaintiff is trying to add new parties to his complaint instead of substituting parties for the remaining John Does. This he cannot do without a proposed amended complaint that sets out his claims and allegations against these proposed defendants. Therefore, the motion will be denied without prejudice for failure to attach a proposed amended complaint. Any proposed amended complaint should also contain service addresses for any proposed defendants.

Plaintiff has also filed a "Motion in Opposition to Defendants' Motion for Interrogatories and State Intervention." This document appears to be plaintiff's objections to defendants' discovery and not a motion. Therefore, the motion will be denied. Plaintiff is again reminded that he is expected to review and comply with local and federal rules of procedure, which prohibit the filing of objections to discovery.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for joinder [#31] is denied without prejudice, and plaintiff's motion [#32] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of July, 2011.