UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES SMALLEY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10CV319 RWS |
| MICHAEL GAMACHE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for an extension of time or alternatively, motion for appointment of counsel. Because the Court will grant plaintiff additional time to complete discovery, the motion for appointment of counsel will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time [#34-1] is granted, and all deadlines in the previously amended case management order [#28] are extended an additional sixty days.

**IT IS FURTHER ORDERED** that plaintiff's alternative motion for appointment of counsel [#34-2] is denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of July, 2011.