UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES SMALLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:10CV319 RWS |
| MICHAEL GAMACHE, et al., | ) ) ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

This matter is before me on my review of the file. On September 26, 2011, I granted defendants' motion to compel plaintiff's initial disclosures and responses to interrogatories. In response, plaintiff submitted these documents, along with discovery directed to defendants, to the Court for filing. Although the Court does not normally accept discovery materials for filing, I directed the Clerk of the Court to file these documents because plaintiff, a <u>pro se</u> litigant, may have believed he was required to do so in response to my prior Order. However, plaintiff is reminded that discovery materials should be served on defendants but not filed with the Court.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court maintain plaintiff's discovery materials in the file as previously directed.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 12th day of October, 2011.