UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES SMALLEY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10CV319 RWS |
| MICHAEL GAMACHE, et al., | ) |
| Defendants. | ) |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court on plaintiff's "motion to stay due to state intervention." In this motion, plaintiff seeks a stay of this action and copies of the file to be sent to him. He again complains about his the conditions of his confinement in a Missouri state correctional facility, claiming that he is being retaliated against for filing "against this department." I have explained to plaintiff in numerous prior Orders that he has not sued the Missouri Department of Corrections in this case, nor does this case concern his conditions of confinement. Instead, in this case plaintiff has sued the deputy sheriff and five sheriffs at the St. Louis City Justice Center for his alleged mistreatment while a pretrial detainee. These defendants are not employed by the State of Missouri. If plaintiff needs additional time to prosecute this case because his access to the law library or legal materials is limited, then I will grant him an extension of time. I will not, however, stay this case or provide plaintiff with copies of materials from the Court file. I will ask the Clerk of the Court to send plaintiff a copy of the docket sheet with this Order **and will suggest to defense counsel that, in order to expedite the resolution of this matter, it provide a copy of the requested documents to plaintiff as a one-time courtesy.**

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for a stay [#56] is denied.

**IT IS FURTHER ORDERED** that all deadlines in the previously amended case management order [#47] are extended an additional sixty days.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide a copy of the docket sheet to plaintiff with this Memorandum and Order.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of January, 2012.