UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES SMALLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV319 RWS |
| | ) | |
| MICHAEL GAMACHE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on  plaintiff's "motion to show why he hasn't answered defendants' motion for admissions."  In this motion, plaintiff states that he has had insufficient time to provide responses to defendants' request for admissions because he has been transferred to a different correctional facility and been unable to access his legal materials.  On January 3, 2012, I extended all deadlines an additional sixty days.  I will give plaintiff an additional thirty (30) days to provide his responses to all of defendants' outstanding discovery requests, including the request for admissions.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff is granted an additional thirty days to respond to all of defendants' outstanding discovery requests.

**IT IS FURTHER ORDERED** that plaintiff's motion [#58] is denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2012.