UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES SMALLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CV319 RWS |
| ) | |
| MICHAEL GAMACHE, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion for an extension of time to complete discovery. Plaintiff once again claims that an extension is needed because of his limited access to legal materials. The Court has already significantly extended all deadlines in this case four times, and three of those times were because plaintiff made similar complaints. Most recently, the Court also granted plaintiff an additional 30 days to respond to all discovery requests. Because of the numerous extensions of time already granted in this case, the age of this case, the potential for prejudice to the defendants if the Court continues to delay this case, and the fact that the named defendants are not even the officials who are allegedly restricting plaintiff's access to legal materials, the Court will deny plaintiff's motion for an extension of time.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time [#62] is denied.

/s/ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of February, 2012.