UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES SMALLEY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10CV319 RWS |
| MICHAEL GAMACHE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Having reviewed defendants' response to the Order to Show Cause, it appears that defendants have responded to any outstanding discovery that was properly served upon them. As pointed out by defendants, plaintiff must actually serve discovery requests on defendants, not send them to the Court, if he wants a response.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [#72] is denied.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of May, 2012.