UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES SMALLEY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10CV319 RWS |
| MICHAEL GAMACHE, et al., | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

Defendants having complied with the Memoranda and Orders dated July 2, 2012 and August 3, 2012,

**IT IS HEREBY ORDERED** that defendants' obligations under these two orders are deemed satisfied, and no further filings are required.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of August, 2012.