UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES SMALLEY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10CV319 RWS |
| MICHAEL GAMACHE, et al., | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

For good cause shown,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time [#99] is granted, and plaintiff's opposition to summary judgment shall be filed by **December 17, 2012**, and defendants' reply brief may be filed by **December 27, 2012.  Plaintiff is specifically warned that if he fails to timely respond to defendants' motion for summary judgment, then the Court will proceed to rule the summary judgment motion without any additional notice being given to plaintiff.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of December, 2012.