UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES SMALLY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10CV319 RWS |
| MICHAEL GAMACHE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff James Smalley is currently confined at Western Missouri Correctional Center in Cameron, Missouri. A Jury Trial in this matter has been set on a three-week docket beginning July 8, 2013 at 9:00 a.m in Courtroom 16-South. The trial in this matter is expected to last approximately three (3) days and the attendance of Plaintiff Smalley is necessary for the proceedings scheduled in this matter.

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue a Writ of Habeas Corpus Ad Testificandum for the attendance of James Smalley on July 8, 2013 at 9:00 a.m. and any other date or dates within the three-week docket as set forth by this Court. The Clerk of Court shall immediately serve three certified copies of said Writ on the Superintendent of Western Missouri Correctional Center, 609 East Pence Road, Cameron, Missouri 64429.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 31st day of May, 2013.