UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES SMALLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:10CV319 RWS |
| MICHAEL GAMACHE, et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER TO SHOW CAUSE

On April 1, 2013, I set this case for jury trial on a three week docket beginning July 8, 2013. This Order required the parties to file their initial pretrial materials by June 18, 2013. Plaintiff has not complied with this Order Relating to Trial, nor has he sought an extension of time to do so.

Accordingly,

**IT IS HEREBY ORDERED** that **plaintiff shall show cause in writing by July 3, 2013, why his case should not be dismissed with prejudice, or other sanctions imposed, for failure to file his pretrial materials and to comply with my April 1, 2013 Order Relating to Trial. Failure to timely comply with this Memorandum and Order to Show Cause will result in the dismissal of this action with prejudice without further notice from this Court.**

**IT IS FURTHER ORDERED** that **this case is removed from the July 8, 2013 trial docket and will be reset, if necessary, by further Order of this Court.**

                                                  _/s/ Rodney W. Sippel_
                                                  RODNEY W. SIPPEL
                                                  UNITED STATES DISTRICT JUDGE

Dated this 24th day of June, 2013.