UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES SMALLEY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10CV319 RWS |
| MICHAEL GAMACHE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM

This Memorandum is to draw plaintiff's attention to the return of service documents filed for subpoenaed witness Charles Cantrell. Mr. Cantrell will not appear at trial as he is deceased.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of September, 2013.